UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



United States of America,

        Plaintiff,

v.

One Thousand Seven Hundred Fifty Six Dollars and Three Cents ($1,756.03) in U.S. Currency from Huntington National Bank Account No. XXXXXXX0024, *et al.*,

        Defendants *in Rem.*

Civil No. 1:20-cv-11973
Honorable Laurie J. Michelson



---

**Warrant of Arrest, Notice *in Rem***

---

**TWENTY ONE THOUSAND EIGHT HUNDRED FORTY FOUR DOLLARS AND SEVENTY SEVEN CENTS ($21,844.77) IN U.S. CURRENCY FROM UNITED FINANCIAL CREDIT UNION ACCOUNT NO. 037955-04**

**TO:   Federal Bureau of Investigation**

WHEREAS, a Complaint for Forfeiture was filed by Plaintiff, the United States of America, on July 23, 2020, against the above-named Defendant *in Rem*, and for the reasons set forth in that Complaint; and

WHEREAS, Rule G(3)(b) of the Supplemental Rules For Certain Admiralty Or Maritime And Asset Forfeiture Claims [the "Supplemental Rules"] provides in pertinent

part:

> (i) the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control.

NOW THEREFORE, in accordance with Supplemental Rule G(3)(b) and the verified Complaint for Forfeiture, YOU ARE HEREBY COMMANDED to arrest and attach the above-described defendant property until further order of this Court; you are directed to give notice of this action and arrest by publication pursuant to Supplemental Rule G(4); and to give due notice to all persons who may have an interest in the property, of the manner in which Supplemental Rule G(5) requires that claims be made to the defendant property.

****TO: THE PERSON BEING SERVED****

This Warrant of Arrest and Notice *in Rem* is notification that the above-named defendant property, TWENTY ONE THOUSAND EIGHT HUNDRED FORTY FOUR DOLLARS AND SEVENTY SEVEN CENTS ($21,844.77) IN U.S. CURRENCY FROM UNITED FINANCIAL CREDIT UNION ACCOUNT NO. 037955-04 is being sued by the United States of America in the United States District Court for the Eastern District of Michigan pursuant to 18 U.S.C. § 981(a)(1)(A) and 981(a)(1)(C) as property with a nexus to violations of one or more of the following statutes: 18 U.S.C § 1343, 18 U.S.C. § 1349, 18 U.S.C. §§ 1956 and/or 1957.

1. Please be advised that if you want to become a claimant in this action, you

must file a claim within thirty-five (35) days after the date this notice was sent to you, which is indicated on the enclosed certificate of service; and an answer to the Complaint For Forfeiture or Rule 12 motion, within twenty-one (21) days after the filing of your claim. *See* Supplemental Rule G(5), which provides:

> (a)(i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must:
>
> > (A) identify the specific property claimed;
> >
> > (B) identify the claimant and state the claimant's interest in the property;
> >
> > (C) be signed by the claimant under penalty of perjury; and
> >
> > (D) be served on the government attorney designated herein.

2. An original and one copy of your claim, answer or Rule 12 motion must be filed with:

> **Clerk of the Court**
> **United States District Court for the**
> **Eastern District of Michigan**
> **Theodore Levin U.S. Courthouse**
> **231 W. Lafayette Blvd., Room 599**
> **Detroit, MI 48226**

A **copy** of these documents must be served on the attorney for Plaintiff the United States of America:

> Gjon Juncaj
> Assistant United States Attorney
> 211 W. Fort Street
> Suite 2001

3

Detroit, Michigan 48226-3211

3. Failure to file a claim and answer in accordance with Supplemental Rule G, or failure to take other action permitted by the Federal Rules of Civil Procedure, may result in the issuance of a judgment by default against you and an order of forfeiture against the defendant property vesting title to the property in the United States of America.

KINIKIA D. ESSIX

Clerk of the Court

*M. Sylvester*
United States Deputy Clerk

Dated: March 14, 2024