UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                                 Case No. 1:20−cv−11973−TLL−PTM
                                                      Hon. Thomas L. Ludington

Currency $1,756.03 in U.S.
Currency from Huntington
National Bank Account No.
xxxxxxx0024, et al.,

                    Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion for Reconsideration − #84

IT IS HEREBY ORDERED that United States of America shall file a response to the above document on or before April 2, 2025. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before April 25, 2025.

                                                s/Thomas L. Ludington
                                                Thomas L. Ludington
                                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/K Winslow
                                                      Case Manager

Dated:  March 10, 2025