UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,            Case No. 1:20-cv-11973
                                     Hon. Thomas L. Ludington

v.

ONE THOUSAND SEVEN HUNDRED
FIFTY SIX DOLLARS AND THREE CENTS
($1,756.03) IN U.S. CURRENCY FROM
HUNTINGTON NATIONAL BANK
ACCOUNT NO. XXXXXXX0024, *ET AL*.,

                Defendants *in rem*.
_____/

## GOVERNMENT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO PARTIALLY LIFT STAY AND FOR INTERLOCUTORY SALE OF DEFENDANT *IN REM* 2016 CHEVROLET SUBURBAN

The United States of America, by and through its undersigned counsel, submits this limited Supplemental Brief to modify its position regarding the government's pending motion for interlocutory sale of the defendant *in rem* 2016 Chevrolet Suburban. (ECF No. 86).

Following further conference with the United States Marshals Service (USMS), the government submits that the gross proceeds of any authorized interlocutory sale of the defendant *in rem* 2016 Chevrolet Suburban automobile should serve as the substitute *res* in this case. This modification of the government's initial position, that the *net* sale proceeds should serve as the

substitute *res*, (PageID.602), aligns with Claimants' request that the government

shoulder the storage costs related to the custody of the vehicle. (ECF No. 88,

PageID. 617).

As a result, should any claimant prevail against the government's forfeiture

action, that claimant will obtain a recovery of the gross proceeds of an approved

interlocutory sale. Should the government prevail, its recovery will be limited to

the gross proceeds minus the costs incurred. In both scenarios, the sale of vehicle is

warranted under Supplemental Rule G(7)(b) where the vehicle continues to

depreciate, and costs continue to accrue.

<div align="right">

Respectfully submitted,

Julie A. Beck
Acting United States Attorney

s/Gjon Juncaj
Gjon Juncaj (P63256)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0209
Gjon.Juncaj@usdoj.gov

</div>

Dated: April 24, 2025

**<u>Certification of Service</u>**

I hereby certify that on April 24, 2025, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

<div style="margin-left: 50%;">

S/Gjon Juncaj

Gjon Juncaj (P63256)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0209
Gjon.Juncaj@usdoj.gov

</div>

3