UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

                Plaintiff,                      Case No. 1:20-cv-11973
                                                    Honorable Thomas L. Ludington

vs.

One Thousand Seven Hundred
Fifty Six Dollars and Three Cents
($1,756.03) in U.S. Currency from
Huntington National Bank
Account No. XXXXXX0024, et al.,

                Defendants in Rem.
_____/

## Order of Substitution of Attorney

Pursuant to the Notice of Substitution of Attorney filed by Plaintiff,

**IT IS HEREBY ORDERED** that K. Craig Welkener, Assistant United States Attorney for the Eastern District of Michigan, is substituted as the attorney for Plaintiff to replace Gjon Juncaj, Assistant United States Attorney for the Eastern District of Michigan. Please serve all further orders, pleadings, and correspondence on Assistant United States Attorney K. Craig Welkener.

Dated: June 27, 2025                      s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge