UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$1,756.03 IN U.S. CURRENCY FROM
HUNTINGTON NATIONAL BANK
ACCOUNT NO. XXXXXXX0024, et al.,

        Defendants.

_____/

Case No. 20-cv-11973

Honorable Thomas L. Ludington
United States District Judge

**ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS**

As of November 20, 2025, all Defendants named in the related criminal case, *United States v. Bartlett, et al.*, Case No. 23-cr-20676, were sentenced, and preliminary forfeiture orders were issued. As a result, the Parties indicated that this civil forfeiture action has been resolved.

Accordingly, it is **ORDERED** that the Parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **December 29, 2025.**

Dated: December 2, 2025

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge